AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

ORIGINAL

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 14-7162M |
| Robert Howarth | ) |
| *Defendant* | ) |
|  | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about February 8, 2014 and February 12, 2014, in the County of Gila, in the District of Arizona, the defendant violated Title 18, U.S.C. § 924(a)(1)(A), a felony, which offenses are further described as follows:

**See Attachment A, incorporated by reference herein.**

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause, incorporated by reference herein.**

REVIEWED BY: AUSA Jane McLaughlin

☒ Continued on the attached sheet.

SCANNED

*Complainant's signature*

Aimet L. Morales, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 20, 2014

*Judge's signature*

City and state: Phoenix, Arizona

Honorable Bridget S. Bade
United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Count 1

On or about February 8, 2014, in the County of Gila, in the District of Arizona, ROBERT HOWARTH, in connection with the acquisition of a firearm, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of a federally licensed firearms dealer located in Payson, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, that is, ROBERT HOWARTH did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, Form 4473, Firearms Transaction Record, stating that he resided at an address in Show Low, Arizona, whereas in truth and in fact, as ROBERT HOWARTH well knew, he did not reside at that location on the date he purchased a Glock Model 21 Gen 4, .45-caliber pistol bearing serial number WNY245, in violation of Title 18, United States Code, Section 924(a)(1)(A).

### Count 2

On or about February 14, 2014, in the County of Gila, in the District of Arizona, ROBERT HOWARTH, in connection with the acquisition of a firearm, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of a federally licensed firearms dealer located in Payson, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, that is, ROBERT HOWARTH did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, Form 4473, Firearms Transaction Record, stating that he resided at an address in Show Low, Arizona, whereas in truth and in fact, as ROBERT HOWARTH well knew, he did not reside at that location on the date he purchased a Century, Model M92, 7.62-caliber pistol bearing serial number M92PV024614, in violation of Title 18, United States Code, Section 924(a)(1)(A).

## STATEMENT OF PROBABLE CAUSE

I, Aimet L. Morales, being duly sworn hereby depose and say:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been a Special Agent with ATF for nine years as an investigator of the federal firearms and explosives laws. While employed as a Special Agent, I attended and completed the Criminal Investigator School and the ATF Special Agent Basic Training course at the Federal Law Enforcement Training Center, Glynco, Georgia in 2006. I have also attended the ATF Complex Investigation's course in 2008. During this time, I have investigated violations of the federal firearms laws in the course of my official duties. As a result of these investigations, I have prepared, executed, or assisted in the execution of numerous arrest warrants and search warrants.

2. As a result of my training and experience, I am familiar with the federal firearms laws. I know that it is a violation of Title 18, United States Code, Section 924(a)(1)(A) if a person knowingly makes any false statement or representation with respect to the information required by Chapter 44 to be kept in the records of a person licensed under Chapter 44 in connection with the acquisition of firearms.

3. I know that dealers who are Federal Firearm Licensees (FFLs) are licensed under and required by Chapter 44 to complete and maintain for all firearms sold an ATF form 4473, Firearms Transaction Record. A purchaser of a firearm from an FFL is required to fill out the ATF form 4473 that requests basic biographical information, including the current address for the individual's residence, and requires the individual to truthfully answer a series of questions regarding the firearm purchase.

4. This affidavit is made in support of a complaint against Robert HOWARTH for violations of 18 U.S.C. § 924(a)(1)(A), making a false statement in connection with a firearms transaction. It should be noted that since this affidavit is submitted only for the limited purpose of securing a criminal complaint, I have not set forth

each and every fact known to me concerning this investigation. I have included what I believe are facts sufficient to establish probable cause for the complaint sought.

5.  In the course of my investigation, I have reviewed, and/or caused to be reviewed by fellow agents and detectives, all firearms transaction records listed below or reports of such transactions submitted to ATF by the FFL dealer listed below.

6.  On February 19, 2014, I received information from the Payson Police Department ("Payson P.D.") regarding a male subject by the name of Robert HOWARTH. On that same occasion, I was told that HOWARTH had previously made threats against the mayor of Payson and a Payson city councilmember. I also learned from the Payson P.D. that in June of 2013, HOWARTH had made complaints to staff employed at the Town of Payson which, while not including any direct threats, left the staff feeling threatened due to HOWARTH's general statements and tone towards them. I further learned from the Payson P.D. that HOWARTH had recently purchased two (2) firearms, one on February 8, 2014 and one on February 12, 2014.

7.  I also learned that on February 19, 2014, HOWARTH called the Payson Police station and spoke to Officer Brandon Buckner. Buckner said that HOWARTH had inquired as to what security measures would be in place for the town council meeting scheduled for Thursday, February 20, 2014. Buckner said that HOWARTH also asked whether or not he would be searched at the meeting.

8.  On February 19, 2014, I obtained copies of two ATF Forms 4473 from Rim Country Guns, an FFL located in Payson, Arizona. One of the ATF form 4473s was dated February 8, 2014, and was for HOWARTH's purchase of one Glock, Model 21 Gen 4, .45-caliber semi-automatic pistol bearing serial number WNY245. Another ATF form 4473 was dated February 12, 2014, and was for HOWARTH's purchase of one Century, Model M92, 7.62x39-caliber semi-automatic pistol bearing serial number M92PV024614. Robert HOWARTH listed his current address on both of the forms as 8523 Javalina Dr., Show Low, Arizona 85901 (hereafter, the "Show Low Address"). HOWARTH signed both of the ATF forms 4473 certifying that the information he provided was true and correct. As described

2

below, I believe that HOWARTH did not in fact reside at the Show Low Address on February 8 and 12, 2014, but instead was residing, and continues to reside, at 209 S. Ponderosa Street #35, Payson, Arizona 85541 (hereafter, the "Ponderosa Address").

9. On February 19, 2014, I spoke to the owner of Rim Country Guns, Scott Helmer. Mr. Helmer stated that he has sold multiple firearms to HOWARTH. Helmer advised that he has sold firearms to HOWARTH on multiple occasions, and further advised that HOWARTH has often purchased guns from him and then weeks later returned to sell the same guns back to Rim Country Guns, sometimes at a loss. Mr. Helmer stated that during every transaction, HOWARTH has used the same Show Low Address (8523 Javalina Dr., Show Low, Arizona 85901). When asked specifically what he had told HOWARTH when filling out Section 2 of the ATF form 4473s (the "Current Residence Address" portion), Mr. Helmer advised that he did not recall specifically what he told HOWARTH, however Mr. Helmer advised that he typically asks his buyers if they are placing their current address on the form and further advises that it needs to be a physical address and not a P.O. box. Mr. Helmer further stated that he tells his buyers to read the instructions on the form.

10. Mr. Helmer also stated that he requires proof of a current physical address from his buyers. Mr. Helmer stated that HOWARTH had provided a driver's license that coincided with the address placed on the ATF forms 4473 (the Show Low Address), when buying the firearms described above.

11. On February 19, 2014, Show Low Police detectives conducted surveillance at the Show Low Address which Mr. Helmer said was listed on the driver's license used by HOWARTH (8523 Javalina Dr., Show Low, Arizona 85901). Detectives knocked on the door and attempted to contact the occupants of the residence, however the residence appeared to be unoccupied at the time. During the course of the surveillance, detectives also identified numerous vehicles at or around the residence, none of which was registered to HOWARTH. It should be noted that Show Low Police Department records indicate that in 2007, Show Low police officers made contact with HOWARTH at the Show Low Address,

3

though the reason was not provided. Show Low Police Department informed me that their records listed no further contacts with HOWARTH at that or any other address.

12. A search of the Arizona Motor Vehicle Division (MVD) database showed that HOWARTH's most recent driver's license address (dated April 2011) was neither the Ponderosa Address nor the Show Low Address, but a different address in Payson, Arizona (at 304 S. Clark Rd, Apt. 32). I believe HOWARTH resides at the Ponderosa Address (209 S. Ponderosa #35, Payson, Arizona), however, and has for at least several months, because of the following information.

13. In June of 2013, Payson P.D. records indicated that when HOWARTH made the complaints to the Town of Payson staff described in ¶ 7, that Payson Police began surveillance of HOWARTH at his known residence until approximately the 4th of July holiday that year, and that this surveillance took place at the Ponderosa Address.

14. During the second week of January 2014, the Payson Chief of Police contacted HOWARTH at the Ponderosa Address in reference to alleged harassment by HOWARTH of the Gila County Health Department and County Supervisors. During this contact, HOWARTH verbally confirmed to the Chief of Police that the Ponderosa Address was HOWARTH's residence.

15. On January 27, 2014, Payson P.D. records show that HOWARTH completed a request to be a citizen observer with a police officer, and listed his address on the form as the Ponderosa Address. His request was denied.

16. In addition to the conversation with Payson Police Officer Buckner regarding security at the upcoming council meeting (described in ¶ 8 above), later on the same day (February 19, 2014), HOWARTH arrived at the Payson Police station and asked to speak to the Chief in an attempt to file a complaint. The Chief was not available and HOWARTH did not say what he wanted to complain about. HOWARTH spoke to Lt. Woody Eldredge during this visit to the station, and Lt. Eldredge confirmed with HOWARTH that his home address is currently the Ponderosa Address (209 S. Ponderosa #35, Payson, Arizona).

17.  Based on the foregoing, I submit there is probable cause to believe that Robert HOWARTH has violated 18 U.S.C. § 924(a)(1)(A), by knowingly providing false information about his current residence in connection with the purchase of two firearms from a federally licensed dealer.

_____
AIMET L. MORALES
Special Agent, ATF

Subscribed and sworn to before me this 20th day of February, 2014.

_____
HONORABLE BRIDGET S. BADE
United States Magistrate Judge