FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 1 8 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-14-0377-PHX-ROS (LOA) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 924(a)(1)(A)<br>(False Statement in Connection with the Acquisition of a Firearm)<br>Counts 1 and 2 |
| Robert Lynden Howarth, | |
| Defendant. | 18 U.S.C. § 924(d) and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about February 8, 2014, in the County of Gila, in the District of Arizona, the defendant, ROBERT LYNDEN HOWARTH, knowingly made a false statement and representation to Rim Country Guns, LLC, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Rim Country Guns, LLC, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating that he resided at an address in Show Low, Arizona, whereas in truth and in fact, as the defendant well knew, he did not reside at that location on the date he purchased a Glock Model 21 Gen 4, .45-caliber pistol bearing serial number WNY245, in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

On or about February 12, 2014, in the County of Gila, in the District of Arizona, the defendant, ROBERT LYNDEN HOWARTH, knowingly made a false statement and representation to Rim Country Guns, LLC, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Rim Country Guns, LLC, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating that he resided at an address in Show Low, Arizona, whereas in truth and in fact, as the defendant well knew, he did not reside at that location on the date he purchased a Century, Model M92, 7.62x39-caliber pistol bearing serial number M92PV024614, in violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATIONS

The Grand Jury realleges and incorporates by reference the allegations of Counts 1 and 2 of this Indictment. In addition to any loss of right, title, and interest arising from any administrative and/or civil forfeiture proceedings, and as a result of the offenses set forth in Counts 1 and 2 of this Indictment, the defendant, ROBERT LYNDEN HOWARTH, shall forfeit to the United States all right, title, and interest in the firearms and ammunition involved or used in the offenses, pursuant to 18 U.S.C. § 924(d), including but not limited to the firearms and ammunition listed herein. The defendant shall also forfeit to the United States all right, title, and interest in (1) any property constituting, and derived from, any proceeds the defendant obtained, directly or indirectly, as the result of said offenses, including but not limited to:

- a Glock Model 21 Gen 4, .45-caliber pistol bearing serial number WNY245, and

- a Century, Model M92, 7.62x39-caliber pistol bearing serial number M92PV024614.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

 (1) cannot be located upon the exercise of due diligence;

 (2) has been transferred or sold to, or deposited with, a third party;

 (3) has been placed beyond the jurisdiction of the court;

 (4) has been substantially diminished in value; or

 (5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States to seek forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

s/
_____
FOREPERSON OF THE GRAND JURY
Date: March 18, 2014

JOHN S. LEONARDO
United States Attorney
District of Arizona

s/
_____
JANE E. MCLAUGHLIN
Assistant U.S. Attorney