ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
MATTHEW BINFORD
Assistant United States Attorney
Arizona State Bar No. 029019
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Matthew.Binford@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Robert Lynden Howarth,<br><br>Defendant. | No. CR-14-377-PHX-ROS<br><br>**MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and Section (3)(a)(5) of the Plea Agreement (Doc. 70), the United States moves to dismiss the Indictment in the above-captioned case. As stated in both the Probation Officer's Presentence Investigation Report and the Release Status Report from Pretrial Services, the defendant has successfully complied with all of the conditions set forth in the plea agreement. (Docs. 82 & 83.) Thus, dismissal is appropriate and consistent with the terms of the plea agreement. The defendant's attorney, Kenneth Countryman, has no objection to this motion.

Respectfully submitted this 9th day of February, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

 *s/ Matthew Binford*
MATTHEW BINFORD
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9th, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing. I hereby certify that on this same date, I served the attached document using the CM/ECF system on the following, who is a registered participant of the CM/ECF System: Kenneth Countryman